| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | DAVID PATRIK SEILHEIMER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 18-40 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) CONTINUANCE OF STATUS CONFERENCE; |
| v. | ) EXCLUDE TIME |
| | ) |
| DAVID PATRICK SEILHEIMER, | ) Date July 17, 2018 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

The parties stipulate, through respective counsel, that the Court should reschedule this case for status conference for July 31, 2018, at 9:15 a.m.

Defense counsel requires additional time to review discovery, to examine possible defenses, and to continue investigating the facts of the case in light of a proffered plea agreement. Additional time is necessary to confer with client about how to proceed with case.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through July 31, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

Stipulation to Continue -1-

| | |
|---|---|
| 1 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 2 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

DATED: July 16, 2018        HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ M. Petrik*_____
                            MICHAEL PETRIK, Jr.
                            Assistant Federal Defender
                            Attorney for DAVID PATRICK SEILHEIMER

DATED: July 16, 2018        MCGREGOR W. SCOTT
                            United States Attorney

                            */s/ Roger Yang*_____
                            ROGER YANG
                            Assistant United States Attorney
                            Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on July 31, 2018, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including July 31, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: July 16, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge